JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$2,796,029.91 IN BANK FUNDS AND $278,028.88 IN U.S. CURRENCY,<br><br>Defendants. | No. SACV 18-00798-CJC (JDEx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO RULE 41(a)(2)** |
| WILLIAM NELSON, ILA NELSON, DONNA WOO, WILLIAM WOO, JENNIFER WOO, MARCUS TROMP, AND PACIFIC COLLEGE,<br><br>Claimants. | |

Pursuant to the stipulation and request of the parties, and good cause appearing therefor, IT IS ORDERED that this action is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(2).

The defendant assets shall be returned to Claimants as set out in the parties' October 24, 2018 stipulation and request for dismissal.

| | |
|---|---|
| 1 | The Court finds that there was reasonable cause for the seizure of the defendant |
| 2 | assets and the institution of this action.  This order of dismissal shall be construed as a |
| 3 | certificate of reasonable cause pursuant to 28 U.S.C. § 2465.  Each of the parties shall |
| 4 | bear its own costs and fees associated with this action. |
| 5 | |
| 6 | |
| 7 | DATED: October 25, 2018 |
| 8 | THE HONORABE CORMAC J. CARNEY<br>UNITED STATES DISTRICT JUDGE |